UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,

v.

NORMAN BRUCE ASHWILL, in his
individual and representative capacity as
trustee of the Bruce & Barbara Ashwill
Revocable Trust;
BARBARA E. ASHWILL, in her
individual and representative capacity as
trustee of the Bruce & Barbara Ashwill
Revocable Trust; GENUINE PARTS
COMPANY, a Georgia Corporation; and
Does 1-10,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 2:15-CV-00284-MCE-AC

**ORDER**

      Pursuant to Plaintiff's Notice of Settlement (ECF No. 17), the Court hereby VACATES all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

      IT IS SO ORDERED.

**Dated:  December 10, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT