UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,

v.

NORMAN BRUCE ASHWILL, in his individual and representative capacity as trustee of the Bruce & Barbara Ashwill Revocable Trust; BARBARA E. ASHWILL, in her individual and representative capacity as trustee of the Bruce & Barbara Ashwill Revocable Trust; GENUINE PARTS COMPANY, a Georgia Corporation; and Does 1-10,

      Defendants.

Case: 2:15-CV-00284-MCE-AC

**ORDER**

**<u>ORDER</u>**

Pursuant to F.R.CIV.P.41(a)(1) and the parties' stipulation (ECF No. 19), this action is hereby ordered DISMISSED with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT